No. 76–1333. BEER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 431 U. S. 938. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

JANUARY 24, 1978

No. 77–737. GOODYEAR TIRE & RUBBER CO. *v.* BIG O TIRE DEALERS, INC. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 60.

No. 77–867. DANSKER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.